JONES *vs.* GRAY.

A *constable*, sued in a *justice's court* for an official act, succeeding in his defence, is entitled to *double costs*.

THE Court decided in this case that a *constable*, sued in a justice's court for an official act, and succeeding in his defence, is entitled to *double costs. 2 R. S.* 617, § 24. *2 Cowen,* 425.